IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00535-WYD-PAC

LINDA MADRID,

     Plaintiff(s),

v.

MACERICH CITADEL LIMITED PARTNERSHIP;
MACERICH GREELEY ASSOCIATES, LLC;
MACERICH MANAGEMENT COMPANY;
MACERICH PROPERTY MANAGEMENT COMPANY, LLC;
THE MACERICH COMPANY;
SDG MACERICH PROPERTIES, L.P.; and
THE MACERICH PARTNERSHIP, L.P.,

     Defendant(s).

**ORDER**

     THIS MATTER is before the Court on Defendants' Unopposed Voluntary Motion to Remand, filed April 14, 2006.  On March 24, 2006, Defendants filed a Notice of Removal in this case based on 28 U.S.C. § 1332(a)(1).  In the Voluntary Motion to Remand, Defendants state that they have recently confirmed that jurisdiction in this Court is not appropriate due to an absence of diversity.

     There is a presumption against removal jurisdiction, Laughlin v. Kmart Corp., 50 F.3d 871, 873 (10th Cir. 1995), and courts are rigorously to enforce Congress' intent to restrict federal jurisdiction in controversies between citizens of different states.  Miera v. Dairyland Ins. Co., 143 F.3d 1337, 1339 (10th Cir. 1998).  Upon consideration of the Unopposed Voluntary Motion to Remand and the file in this case, I find that the

Unopposed Voluntary Motion to Remand, filed April 14, 2006 (docket #7) should be and hereby is **GRANTED**.  It is

ORDERED that this matter be REMANDED to the Boulder County District Court.

Dated:  April 17, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge